UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JERMAINE ANTOINE, individually and on behalf of all others similarly Situated, | * CIVIL ACTION NO. 6:20-cv-01123 * * * |
| VERSUS | * JUDGE ROBERT R. SUMMERHAYS * * |
| SOUTHERN CORROSION, LLC; BRANDON J. GUIDRY; and ANDREA GUIDRY | * MAGISTRATE JUDGE CAROL B. WHITEHURST * * |

**************************************************************************

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)

NOW COMES the Plaintiff, Jermaine Antoine and the Defendants, Southern Corrosion, LLC, Brandon J. Guidry and Andrea Guidry, who file this Joint Stipulation of Voluntary Dismissal With Prejudice Pursuant to FRCP Rule 41(a)(1)(A)(ii).  In accordance with FRCP Rule 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to a dismissal, with prejudice, of the above-captioned lawsuit and all claims asserted in the above-captioned lawsuit.  The parties jointly enter into this Stipulation of Dismissal With Prejudice with each party bearing their own respective attorney's fees, court costs and expenses.  The parties expressly stipulate that this dismissal with prejudice shall be operative upon the filing of this Joint Stipulation without the necessity of a Court Order in accordance with FRCP Rule 41(a)(1)(A)(ii).

Respectfully submitted,

/s/Matthew S. Parmet
Matthew S. Parmet, T.A., LA # 32855
PARMET PC
3 Riverway, Ste. 1910
Houston, Texas 77056
phone 713 999 5228
matt@parmet.law
Attorneys for Plaintiff

                                        s/Joel P. Babineaux
                                        Joel P. Babineaux, LA #21455 (T.A.)
E-mail: jbabineaux@bpasfirm.com
Karen T. Bordelon, LA #20114
E-mail: kbordelon@bpasfirm.com
Sarah B. Dupont, LA #35048
E-mail: sdupont@bpasfirm.com
Babineaux, Poche', Anthony
   & Slavich, L.L.C.
Attorneys for Southern Corrosion, LLC, Brandon J. Guidry and Andrea Guidry
P.O. Box 52169
Lafayette, LA 70505-2169
Phone: (337) 984-2505
Fax: (337) 984-2503